Case 1:20-mj-02100-LFL   Document 3   Entered on FLSD Docket 01/23/2020   Page 1 of 1

# MINUTE ORDER

Page 3

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**        Date: 1/22/2020    Time: 1:30 p.m.

Defendant: ANGEL DAVID ROSARIO        J#: 20816-104    Case #: 20-2100-MJ-LOUIS
AUSA: Kurt Lunkenheimer        Attorney:
Violation: CONSP/PWID CONTROLLED SUBSTANCE/5 KGs OR MORE OF COCAINE        Surr/Arrest Date: 1/21/2020    YOB: 1986
Proceeding: Initial Appearance        CJA Appt: Robert A. Perez, Esq.
Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond:
Bond Set at:        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
    Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

Disposition:
Defendant advised of rights and charges

Defendant sworn; CJA counsel appointed

Govt rec PTD based on risk/flight & danger/community

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:    Time:    Judge:    Place:
Report RE Counsel:
**PTD Hearing:**        1/24/20    10:00 a.m.    Duty/Miami
**Prelim/Arraignment:**        2/5/20    10:00 a.m.    Duty/Miami
Status Conference RE:
D.A.R. 13:50:34        Time in Court: 6 mins

s/Lauren F. Louis        Magistrate Judge