# COURT MINUTES
Page 2

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor          Date: 1/24/20      Time: 10:00 a.m.

Defendant: Angel David Rosario          J#: 20816-104     Case #: 20-2100-MJ-LOUIS
AUSA: Robert Emory                      Attorney: ROBERT PEREZ (CJA)
Violation: CONSP/PWID COCAINE
Proceeding: PTD                                     CJA Appt:
Bond/PTD Held: ☐ Yes  ☒ No             Recommended Bond: PTD
Bond Set at: Stip PTD with the right to revisit        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Prel/Arr 2/5

Defendant stipulated to PTD with the right to revisit

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:06:41                              Time in Court: 3 min.